UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                             6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                  GREENBELT, MARYLAND  20770
                                                              301-344-0632

# MEMORANDUM

TO:     *Pro Se* Plaintiff & Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     *Archibong v. Southwest Credit Systems, et al.*
        Civil Case No. PJM 17-1785

DATE:   October 16, 2017

\*\*\*\*

The Court has reviewed the docket and finds that a number of pleadings appear to be overdue:

- Plaintiff's Response in Opposition to Defendant Comcast's Motion to Compel Arbitration (ECF No. 32)
- Plaintiff's Response in Opposition to Defendant Transworld Systems' Motion to Dismiss (ECF No. 38)
- Defendant Southwest Credit Systems' Response to Plaintiff's Amended Complaint (ECF No. 26)

*Pro Se* Plaintiff and counsel for Defendant Southwest Credit Systems are therefore **DIRECTED** to file with the Court, by no later than close of business on October 26, 2017, and with copies to opposing counsel, a written explanation of why such pleadings have not been timely filed. Failure to do so may result in the Court proceeding to decide certain issues without the benefit of arguments from the party whose pleading is due.[1]

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                        /s/
                                        PETER J. MESSITTE
                                        UNITED STATES DISTRICT JUDGE

cc:     Court File

---

[1] The Court understands that Plaintiff is an attorney and a member of the Maryland bar, and is therefore not entitled to the special solicitude of a lay *pro se* party.